# EXHIBIT U

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZO LIFE SCIENCES, INC.<br><br>PLAINTIFF,<br><br>V.<br><br>ROCHE MOLECULAR SYSTEMS, INC.,<br>ROCHE DIAGNOSTICS CORPORATION,<br>ROCHE DIAGNOSTICS OPERATIONS,<br>INC., AND ROCHE NIMBLEGEN, INC.,<br><br>DEFENDANTS. | CIVIL ACTION NO. 12-106-LPS<br><br>JURY TRIAL DEMANDED |



## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 16, 2015, a copy of: (i) Opening Expert Report of Keith Backman, PhD Concerning Infringement by Roche of U.S. Patent No. 6,992,180; (ii) Opening Expert Report of Reinhold H. Dauskardt, Ph.D. Concerning Roche's Non-Porous Glass Supports; (iii) Opening Expert Report of Gregory A. Buck, Ph.D. Concerning Infringement By Roche Molecular Systems, Inc., Roche Diagnostics Corporation, Roche Diagnostics Operations, Inc., and Roche Nimblegen, Inc. of U.S. Patent No. 7,064,197; and (iv) Expert Report of Raymond S. Sims was served on the following as indicated:

Via E-mail
Frederick L. Cottrell, III
Katharine C. Lester
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com
lester@rlf.com

*Attorneys for Roche Diagnostics Corporation, Roche Diagnostics Operations Inc., Roche Molecular Systems Inc., and Roche*

Via E-mail
Jamie T. Wisz
Gregory P. Teran
William G. McElwain
Jane M. Love
William W. Kim
Robert J. Gunther, Jr.
Christopher R. Noyes
Wilmer Cutler Pickering Hale and Dorr LLP
WHEnzoIIRoche-
BDServiceList@wilmerhale.com

*Attorneys for Roche Diagnostics Corporation,*

| | |
|---|---|
| *NimbleGen, Inc.* | *Roche Diagnostics Operations Inc., Roche Molecular Systems Inc. and Roche NimbleGen, Inc.* |

DATED:   October 19, 2015

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com

John M. Desmarais (admitted *pro hac vice*)
Michael P. Stadnick (admitted *pro hac vice*)
Justin P.D. Wilcox (admitted *pro hac vice*)
Jordan N. Malz (admitted *pro hac vice*)
Peter C. Magic (admitted *pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400 (Tel)
(212) 351-3401 (Fax)
jdesmarais@desmaraisllp.com
mstadnick@desmaraisllp.com
jwilcox@desmaraisllp.com
jmalz@desmaraisllp.com
pmagic@desmaraisllp.com

*Counsel for Plaintiff*